```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-0095 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |
| v. | |
| CESAR ADRIAN ZUNIGA aka Christian Beltran, and LUIS ZUNIGA GARCIA | |
| Defendants. | |

### Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below. On July 13, 2011, the defendants received pre-plea criminal history reports from the Probation Department as ordered by this Court. Counsel for defendants have actively been meeting with their respective clients and are working to settle this matter prior to filing the above-stated motion. The parties desire to continue the briefing schedule and non-evidentiary hearing date of the motion to

1

provide time to attempt to settle the case. As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | September 23, 2011 |
| Government's Opposition: | October 21, 2011 |
| Defendants' Optional Reply: | November 4, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | November 18, 2011 at 10:00 a.m. |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: August 16, 2011                BENJAMIN WAGNER
                                      United States Attorney

                                by    /s/ Scott N. Cameron, for
                                      Heiko P. Coppola
                                      Assistant U.S. Attorney

DATED: August 16, 2011
                                by    /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Luis Zuniga-Garcia

DATED: August 16, 2011
                                by    DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Scott N. Cameron, for
                                      Jeffrey Staniels
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      CESAR ADRIAN ZUNIGA

2

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through November 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: August 23, 2011         /s/ Edward J. Garcia
                               Edward J. Garcia, Judge
                               United States District Court