1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   LUIS ZUNIGA-GARCIA

5

6

7
                 IN THE UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )  CASE NO.  2:09-cr-0095 EJG
                                )
11            Plaintiff,        )  **STIPULATION AND ORDER CONTINUING**
                                )  **BRIEFING SCHEDULE AND NON-**
12      v.                      )  **EVIDENTIARY HEARING DATE, AND**
                                )  **EXCLUDING TIME**
13 CESAR ADRIAN ZUNIGA          )
   aka Christian Beltran, and   )
14 LUIS ZUNIGA GARCIA           )
                                )
15            Defendants.       )
   _____)
16
                            Stipulation
17
        The parties, through undersigned counsel, stipulate that the
18
   briefing schedule for the filing and determination of defendants'
19
   motion to suppress evidence and motion to dismiss for violation of the
20
   Fifth and Fourteenth Amendments may be continued according to the
21
   dates listed below.  On November 28, 2011, the government prepared new
22
   plea agreements which were the product of months long negotiations.
23
   The plea agreements are consistent with the negotiated terms.  It is
24
   anticipated that changes of pleas will be calendared with the Court
25
   within the next week or so while the defense attorneys review the plea
26
   agreements with their respective clients.  The parties desire to
27
   continue the briefing schedule until the changes of pleas have been
28

                                    1

received by the Court.

 As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | December 30, 2011 |
| Government's Opposition: | January 27, 2012 |
| Defendants' Optional Reply: | February 10, 2012 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | February 24, 2012, at 10:00 a.m. |

 IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

 The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.


DATED: November 30, 2011          BENJAMIN WAGNER
                                  United States Attorney

                            by    /s/ Scott N. Cameron, for
                                  Heiko P. Coppola
                                  Assistant U.S. Attorney

DATED: November 30, 2011    by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for Luis Zuniga-Garcia

DATED: November 30, 2011    by    DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Scott N. Cameron, for
                                  Jeffrey Staniels
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CESAR ADRIAN ZUNIGA

2

## **Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through February 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).


DATED: November 30, 2011         /s/ Edward J. Garcia
                                 Edward J. Garcia, Judge
                                 United States District Court

3